HELEN HYJACK, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PLAINTIFFS-RESPONDENTS, v. JOSEPH M. NOLAN, ETC., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued November 9, 1977—Decided December 1, 1977.

Before Judges LYNCH, BISCHOFF and KOLE.

*Mr. Jay Scott MacNeill* argued the cause for appellant (*Messrs. Nolan, Lynes, Bell & Moore,* attorneys; *Messrs. MacNeill and William F. McEnroe* on the brief).

*Mr. James E. Flynn* argued the cause for respondents.

PER CURIAM. The judgment of the trial court is affirmed substantially for the reasons stated by Judge Kentz in his opinion reported at 144 *N. J. Super.* 545 (Law Div. 1976).